LODGED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 7 2009

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 7 2009

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANEAR MONTGOMERY, | Case No. CV 06-5172-JFW (OP) |
| Petitioner, | J U D G M E N T |
| vs. | |
| GLORIA HENRY, Warden, | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _____

HONORABLE JOHN F. WALTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge